No. 94–2034. EMPRESA NACIONAL SIDERURGICA, S. A. *v.* YOUNG ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–2035. GREGORI ET AL. *v.* SCHWARTZ. C. A. 6th Cir. Certiorari denied.

No. 94–2036. HAWAIIAN HOMES COMMISSION ET AL. *v.* AGED HAWAIIANS. Sup. Ct. Haw. Certiorari denied.

No. 94–2038. FLEMING *v.* GREATER ST. LOUIS AREA MAJOR CASE SQUAD ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–2039. NISSEI ASB Co. *v.* FMT CORP., INC. C. A. Fed. Cir. Certiorari denied.

No. 94–2040. BURGMEIER ET AL. *v.* AGRIBANK, FCB, FKA FEDERAL LAND BANK OF ST. PAUL. Ct. App. Minn. Certiorari denied.

No. 94–2041. SANITARY AND IMPROVEMENT DISTRICT No. 210 OF DOUGLAS COUNTY, NEBRASKA *v.* CITY OF OMAHA ET AL. Ct. App. Neb. Certiorari denied.

No. 94–2042. BLAKENEY *v.* BAKER HUGHES, INC. C. A. 5th Cir. Certiorari denied.

No. 94–2043. CAMERON ET AL. *v.* GENERAL MOTORS CORP. C. A. 4th Cir. Certiorari denied.

No. 94–2044. INDUSTRIAL EXCESS LANDFILL INC. ET AL. *v.* HARTFORD ACCIDENT & INDEMNITY Co. C. A. 6th Cir. Certiorari denied.

No. 94–2045. PUMMELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–2046. SCHROCK *v.* MCANINCH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 94–2047. ROSEBUD SIOUX TRIBE *v.* VAL-U CONSTRUCTION COMPANY OF SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.